CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION
JANUARY 2016 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:16-cr- 1 |
| ) | |
| v ) | **INDICTMENT** |
| ) | |
| DEQUAN MONTEZ KELSO ) | **In Violation of:** |
| KWAMANE JERRAE MCCOY ) | |
| ) | Title 18, U.S.C., §922(u) |
| | Title 18, U.S.C., §922(j) |
| | Title 18, U.S.C., §922(g)(1) |
| | Title 18, U.S.C., §924(e) |
| | Title 18, U.S.C., §2 |

## COUNT ONE

The Grand Jury charges:

1. That on or about January 10, 2016, in the Western Judicial District of Virginia, the defendants, DEQUAN MONTEZ KELSO and KWAMANE JERRAE MCCOY, did knowingly, intentionally, and unlawfully steal and carry away a firearm, which had previously been shipped or transported in interstate or foreign commerce, from the premises of a person licensed to engage in the business of dealing in firearms, and did aid and abet in the same.

2. In violation of Title 18, United States Code Sections 922(u) and 2.

## COUNT TWO

The Grand Jury charges:

1. That on or about January 10, 2016, in the Western Judicial District of Virginia, the defendants, DEQUAN MONTEZ KELSO and KWAMANE JERRAE MCCOY, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign

˜1˜

commerce, knowing and having reason to know that this firearm was stolen, and did aid and abet in the same.

2. In violation of Title 18, United States Code Sections 922(j) and 2.

## COUNT THREE

The Grand Jury charges:

1. That on or about January 10, 2016, in the Western Judicial District of Virginia, the defendant, DEQUAN MONTEZ KELSO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce.

2. In violation of Title 18, United States Code Section 922(g)(1).

## COUNT FOUR

The Grand Jury charges:

1. That on or about January 10, 2016, in the Western Judicial District of Virginia, the defendant, KWAMANE JERRAE MCCOY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce.

2. In violation of Title 18, United States Code Section 922(g)(1) and 924(e).

A TRUE BILL this 21 day of January, 2016.

\_\_s/Grand Jury Foreperson\_\_\_\_\_
FOREPERSON

JOHN P. FISHWICK, JR.
UNITED STATES ATTORNEY